UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

BERTRIAL TOTTEN

CRIMINAL NO. 3:14CR 098
18 U.S.C. § 641

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about September 1, 1999, through March 30, 2014, in the Northern District of Mississippi, defendant BERTRIAL TOTTEN, did knowingly and intentionally steal money of the Social Security Administration, a department or agency of the United States, namely, Old Age, Survivors, and Disability Insurance (OASDI) payments to which he knew he was not entitled, having a value of approximately $107,623, in violation of Title 18, United States Code, Section 641.

A TRUE BILL

First Asst.
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON